# Court of Appeals
# of the State of Georgia

ATLANTA, August 16, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1125. DENZEL TATE HAYWOOD v. THE STATE.**

This case was docketed by this Court on March 3, 2021. The Appellant's brief and enumeration of errors were originally due on March 23, 2021. On March 23, the Appellant filed a motion for extension of time. In an order dated March 24, 2021, we granted an extension until April 19, 2021. On April 19, the Appellant filed a second motion for extension of time, which we granted on April 21, extending the time in which to file an enumeration of errors and brief until April 29, 2021. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors. The filing is 109 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

Because the Appellant was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995): This appeal has been dismissed because you failed to file a timely brief and enumeration of errors. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellant

and to his attorney, and the latter also is DIRECTED to send a copy to the Appellant.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* __08/16/2021__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*